IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY BARKER                                                                                           PLAINTIFF

v.                                       Case No. 6:14-CV-06060

J. JONES, Advanced Practice Nurse, Ouachita River
Correctional Unit; BOETTGER, Advanced Practice
Nurse, Ouachita River Correctional Unit; DR. VOWELL,
Ouachita River Correctional Unit; DR. GREGORY
MCKINNEY, Ouachita River Correctional Unit;
OFFICER JOHN DOE, Central Transportation, Arkansas
Department of Correction; and OFFICER JANE DOE,
Arkansas Department of Correction                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of September, 2016.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE